UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWN MONIQUE WORTHAM,

    Plaintiff,

v.

                                                  Civil Case No. 21-12869
                                                  Honorable Linda V. Parker

CITY OF DETROIT POLICE
DEPARTMENT, ET AL.,

    Defendants.
_____/

## OPINION AND ORDER REQUIRING PLAINTIFF TO FILE AMENDED COMPLAINT

On December 8, 2021, Plaintiff filed this lawsuit against Defendants and an application to proceed in forma pauperis.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint set forth a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief sought.  A complaint must contain sufficient factual matter, that when accepted as true, "state[s] a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 555, 570 (2007)). A claim is facially plausible when a plaintiff pleads factual content that permits a

court to reasonably infer that the defendant is liable for the alleged misconduct. *Id.* (citing *Twombly*, 550 U.S. at 556).

Generally, a less stringent standard is applied when construing the allegations pleaded in a *pro se* complaint. *Haines v. Kerner*, 404 U.S. 519, 520-21, 92 S. Ct. 594, 596 (1972). Even when held to a less stringent standard, however, Plaintiff's Complaint fails to satisfy Rule 8.

In her Complaint, Plaintiff lists the defendants she is suing, requests a jury trial, identifies federal and state law allegedly at issue in this case, references three Equal Employment Opportunity Commission case numbers, and sets forth seven vague assertions. Plaintiff's Complaint is devoid of any factual allegations, however. Therefore, she does not describe any conduct by Defendants, how the conduct is unlawful, a timeframe of when the alleged violations occurred, or her resulting injury. Absent such information, her pleading does not provide notice to Defendants of what she is alleging in this lawsuit.

Therefore, **within fourteen (14) days** of this Opinion and Order, Plaintiff shall file an amended complaint in compliance with Federal Rule of Civil Procedure Rule 8 or this action will be dismissed without prejudice.[1]

---

[1] There is a clinic at the courthouse available to assist pro se parties. Information about the clinic is available at *http://www.mied.uscourts.gov/PDFFIles/Pro_Se_Clinic_2019.pdf*. Representatives at the clinic may be able to assist Plaintiff in responding to this Order.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: December 13, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 13, 2021, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager