UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWN MONIQUE WORTHAM,

    Plaintiff,

v.

                                    Civil Case No. 21-12869
                                    Honorable Linda V. Parker

CITY OF DETROIT POLICE
DEPARTMENT, et al.,

    Defendants.
_____/

## OPINION AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

On December 8, 2021, Plaintiff filed this lawsuit against Defendants and an application to proceed in forma pauperis. Because the Complaint fails to satisfy the requirements of Federal Rule of Civil Procedure 8(a), the Court entered an order on December 13, 2021, requiring Plaintiff to file an amended complaint within fourteen days. (ECF No. 5.) The Court warned Plaintiff that the failure to file an amended pleading would result in the action being dismissed without prejudice.

As of this date, Plaintiff has not filed an amended complaint.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT**

**PREJUDICE**.

                                                s/ Linda V. Parker
                                                LINDA V. PARKER
                                                U.S. DISTRICT JUDGE

Dated: January 12, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 12, 2022, by electronic and/or U.S. First Class mail.

                                                s/Aaron Flanigan
                                                Case Manager